B6A (Official Form 6A) (12/07)

In re **Jose Perez-Chacon,**
**Maria Irma Prado De Perez**
Debtors

Case No. **09-30101**

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **PRIMARY RESIDENCE**<br>5212 Overland Avenue<br>Las Vegas, NV 89107<br>**FREMONT EST UNIT #2A**<br>**PLAT BOOK 7 PAGE 29**<br><br>**TO BE SURRENDERED**<br>**LOT 57 BLOCK 7**<br>**SEC 25 TWP 20 RNG 60**<br>**DEBTORS TO SURRENDER** | Fee Simple | C | 126,918.00 | 242,433.00 |
| **INVESTMENT PROPERTY**<br>204 Stanford Street<br>Las Vegas, NV 89107<br>**LAS VEGAS SQUARE**<br>**PLAT BOOK 1 PAGE 96**<br>**LOT 33 BLOCK 22**<br>**& LOT 34**<br>**SEC 25 TWP 20 RNG 60**<br>**DEBTORS TO SURRENDER** | Fee Simple | C | 35,000.00 | 144,428.00 |
| **TIMESHARE**<br>Royal Holiday Resorts<br>to be surrendered | Fee Simple | C | 800.00 | 0.00 |

Sub-Total >   **162,718.00**   (Total of this page)

Total >   **162,718.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

**B6B (Official Form 6B) (12/07)**

In re  **Jose Perez-Chacon,**  
      **Maria Irma Prado De Perez**  
                      Debtors

Case No. __**09-30101**__

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank Checking Account #9994 | C | 4,356.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Furniture | C | 2,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and CD's | C | 400.00 |
| 6. | Wearing apparel. | | Clothes | C | 2,100.00 |
| 7. | Furs and jewelry. | | Rings | C | 1,200.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                     Sub-Total >    **10,056.00**  
                                                                    (Total of this page)

__**2**__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Jose Perez-Chacon,**
**Maria Irma Prado De Perez**,
Debtors

Case No. **09-30101**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Husband has pension through carpenters' union; no withdrawal until retirement age | C | 25,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2009 Tax Refund | C | 911.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >       **25,911.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jose Perez-Chacon,**
         **Maria Irma Prado De Perez**                                                             Case No.   **09-30101**
                                                                    ,
                                                                 Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Chevrolet Van** | **C** | **452.00** |
| | | **1994 Toyota Forerunner** | **C** | **585.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | **1,037.00** |
|---|---|---|
|  | Total > | **37,004.00** |

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property                                                              (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re   **Jose Perez-Chacon,**
       **Maria Irma Prado De Perez**,
                          Debtors

Case No.   **09-30101**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| PRIMARY RESIDENCE 5212 Overland Avenue Las Vegas, NV 89107 FREMONT EST UNIT #2A PLAT BOOK 7 PAGE 29 | Nev. Rev. Stat. § 21.090(1)(j) | 0.00 | 126,918.00 |
| TO BE SURRENDERED LOT 57 BLOCK 7 SEC 25 TWP 20 RNG 60 DEBTORS TO SURRENDER | | | |
| INVESTMENT PROPERTY 204 Stanford Street Las Vegas, NV 89107 LAS VEGAS SQUARE PLAT BOOK 1 PAGE 96 LOT 33 BLOCK 22 & LOT 34 SEC 25 TWP 20 RNG 60 DEBTORS TO SURRENDER | Nev. Rev. Stat. § 21.090(1)(m) | 0.00 | 35,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| US Bank Checking Account #9994 | Nev. Rev. Stat. § 21.090(1)(g) Nev. Rev. Stat. § 21.090(1)(z) | 75% 1,089.00 | 4,356.00 |
| **Household Goods and Furnishings** | | | |
| Furniture | Nev. Rev. Stat. § 21.090(1)(b) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books and CD's | Nev. Rev. Stat. § 21.090(1)(a) | 400.00 | 400.00 |
| **Wearing Apparel** | | | |
| Clothes | Nev. Rev. Stat. § 21.090(1)(b) | 2,100.00 | 2,100.00 |
| **Furs and Jewelry** | | | |
| Rings | Nev. Rev. Stat. § 21.090(1)(a) | 1,200.00 | 1,200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Husband has pension through carpenters' union; no withdrawal until retirement age | Nev. Rev. Stat. § 21.090(1)(r) | 25,000.00 | 25,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2009 Tax Refund | Nev. Rev. Stat. § 21.090(1)(z) | 911.00 | 911.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Chevrolet Van | Nev. Rev. Stat. § 21.090(1)(f) | 452.00 | 452.00 |
| 1994 Toyota Forerunner | Nev. Rev. Stat. § 21.090(1)(f) | 585.00 | 585.00 |
| | Total: | 37,004.00 | 198,922.00 |

  **0**  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Jose Perez-Chacon,**
       **Maria Irma Prado De Perez**
                                                                            ,
                                         Debtors

Case No.  **09-30101**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx4891  Concord Svc 4725 N Scottsdale Suite 300 Scottsdale, AZ 85251 | | C | Opened 1/01/06 Last Active 8/01/09  TIMESHARE Royal Holiday Resorts debtor to surrender  Value $ 0.00 | | | | 1,635.00 | 1,635.00 |
| Account No. 3794  Emc Mortgage Po Box 293150 Lewisville, TX 75029 | | H | Opened 12/06/06 Last Active 8/20/09 First Mortgage/DEBTORS TO SURRENDER PRIMARY RESIDENCE 5212 Overland Avenue Las Vegas, NV 89107 FREMONT EST UNIT #2A PLAT BOOK 7 PAGE 29  Value $ 126,918.00 | | X | | 193,839.00 | 66,921.00 |
| Account No. 5890019373802  Emc Mortgage Po Box 293150 Lewisville, TX 75029 | | H | Opened 12/06/06 Last Active 12/01/08 Second Mortgage/DEBTORS TO SURRENDER PRIMARY RESIDENCE 5212 Overland Avenue Las Vegas, NV 89107 FREMONT EST UNIT #2A PLAT BOOK 7 PAGE 29  Value $ 126,918.00 | | | | 48,594.00 | 48,594.00 |
| Account No. xxxxxxxxx7063  Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | C | Opened 4/03/06 Last Active 10/01/09 First Mortgage INVESTMENT PROPERTY 204 Stanford Street Las Vegas, NV 89107 LAS VEGAS SQUARE PLAT BOOK 1 PAGE 96 LOT 33 BLOCK 22  Value $ 35,000.00 | | | | 144,428.00 | 109,428.00 |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | 388,496.00 | 226,578.00 |
| | | | Total (Report on Summary of Schedules) | | | | 388,496.00 | 226,578.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Jose Perez-Chacon,**  
　　　**Maria Irma Prado De Perez**  
　　　　　　　　　　　　　　　　　　　　　,  
　　　　　　　　　　　Debtors

Case No. __**09-30101**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5347**<br><br>**Desert Springs Hospital Medical Center`**<br>**PO b ox 3475**<br>**Toledo, OH 43607-0475** | | C | 2009<br>Medical Bill | | | | 210.30 |
| Account No. **xxx7981**<br><br>**Nco Vegas (Original Creditor:04 Cit**<br>**1050 E Flamingo Rd**<br>**Las Vegas, NV 89119** | | W | Opened 3/01/09 Last Active 9/01/09<br>04 City Of Las Vegas Muni Court | | | | 827.00 |
| Account No. **xxxxxx/xx4273**<br><br>**Nevada Health Center, Inc.**<br>**1802 N. Carson St. #100**<br>**Carson City, NV  89701** | | C | Medical Bills | | | | 385.00 |
| Account No.<br><br>**RMI**<br>**1110 Monimar**<br>**Mobile, AL 36609** | | C | | | | | 1,323.64 |

__**0**__ continuation sheets attached

Subtotal (Total of this page)　　**2,745.94**

Total (Report on Summary of Schedules)　　**2,745.94**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　S/N:39140-091120    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **Jose Perez-Chacon**
**Maria Irma Prado De Perez**
Debtor(s)

Case No. **09-30101**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **14** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 12, 2010**    Signature **/s/ Jose Perez-Chacon**
**Jose Perez-Chacon**
Debtor

Date **February 12, 2010**    Signature **/s/ Maria Irma Prado De Perez**
**Maria Irma Prado De Perez**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.