**Entered on Docket
January 20, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

David M. Crosby, Esq.
Nevada Bar No. 003499
CROSBY & ASSOCIATES
711 S. 8th St.
Las Vegas, Nevada   89101
(702) 382-2600
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re<br><br>JOSE PEREZ-CHACON<br>MARIA IRMA PRADO DE PEREZ<br><br>Debtor | Case No. BK-S-09-30101-BAM<br>Chapter 13<br><br>STIPULATED ORDER RE MOTION TO VALUE DEBTOR'S NON-PRINCIPAL RESIDENCE REAL PROPERTY |

IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, WELLS FARGO HOME MORTGAGE ("WELLS FARGO HOME MORTGAGE"), through its counsel GREG WILDE, ESQ and Debtors counsel, DAVID M. CROSBY, ESQ., of the law firm of Crosby & Associates.

    1.    That the value of the subject Property described as follows: 204 Stanford Street, Las Vegas, NV 89107 ("Property"herein) and legally described as follows:

LOT THIRTY THREE (33) AND THIRTY FOUR (34) IN BLOCK TWENTY TWO (22) OF LAS VEGAS SQUARE SUBDIVISION, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 1 OF PLATS, PAGE 96, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. APN: 138-25-812-078, shall be adjudicated to be **$40,000.00** for the purposes of bifurcating the claim of Secured Creditor, WELLS FARGO HOME MORTGAGE ("WELLS FARGO HOME MORTGAGE").

2. That pursuant to the standard of In Re Enewally, the crammed-down value agreed to above shall be paid in full by Debtor through the plan and during the 60-month life of the plan. Should the Debtor fail to pay the entire crammed-down value within that time, the Debtor will be responsible for the entire amount due under the original Note and Deed of Trust.

3. That the Debtor will be responsible for maintaining and paying taxes and insurance on the subject Property.

4. That should the Debtor default on their tax or insurance obligation and fail to repay Secured Creditor for any funds disbursed to cover their default or fail to remain current with Trustee, Secured Creditor shall send a 15-day written notice of default to Debtor and Debtor's counsel and , should the Debtor fail to cured their delinquency pursuant to said written notice, Secured Creditor may submit an Ex Parte Order Terminating the Automatic Stay. Upon entry of the Ex Parte Order, the Automatic Stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor, WELLS FARGO HOME MORTGAGE ("WELLS FARGO HOME MORTGAGE"), its assignees and/or successors in interest.

5.     That Debtor shall file an amended Chapter 13 Plan providing for the additional terms listed above, within 10 days of the entry of this order.

IT IS SO ORDERED.

Submitted by:

DATED:_1/18/2011_____                    By: /s/ David M. Crosby_____
                                                David M. Crosby, Esq.
                                                Attorney for Debtor

DATED: 1/18/2011_____                    By: /s/ Greg Wilde_____
                                                Greg Wilde, Esq.
                                                Attorney for Secured Creditor